```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| BRADLEY WILLIAM COLLINS | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION, LLC, et al. | : | NO. 23-3293 |

ORDER

AND NOW, this 24th day of September 2024, it having been reported to the Court that the issues between the plaintiffs and defendants Trans Union, LLC, Equifax Information Services, LLC and Upgrade, Inc. have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that this action is DISMISSED with prejudice and without costs as to those defendants only.

BY THE COURT:

/s/  Harvey Bartle III
                       J.